JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA PENSION PLAN, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA HEALTH TRUST FUND, TRUSTEES OF THE LOS ANGELES COUNTY ELECTRICAL EDUCATIONAL AND TRAINING TRUST FUND, TRUSTEES OF THE NATIONAL ELECTRICAL BENEFIT FUND, TRUSTEES OF THE SOUTHERN CALIFORNIA IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, TRUSTEES OF THE NATIONAL IBEW-NECA LABOR-MANAGEMENT COOPERATION COMMITTEE, CONTRACT COMPLIANCE FUND, and LOS ANGELES ELECTRICAL WORKERS CREDIT UNION,<br><br>           Plaintiffs,<br><br>     v.<br><br>HAIK BABAKHANI, an individual doing business as "PIONEER ELECTRIC",<br><br>           Defendant. | CASE NO.:  CV12-4747 GAF (PLAx)<br><br>ASSIGNED TO THE HONORABLE GARY A. FEESS<br><br>**JUDGMENT**<br><br>Fed. R. Civ. Pro. 55(b)(2) |

///

///

1

JUDGMENT

1   After full consideration of the pleadings and papers on file in this case, the
2   evidence on record, and the argument of counsel, and GOOD CAUSE APPEARING
3   THEREFOR:

4   **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs,
5   the Trustees of the Southern California IBEW-NECA Pension Plan, Trustees of the
6   Southern California IBEW-NECA Health Trust Fund, Trustees of the Los Angeles
7   County Electrical Educational and Training Trust Fund, Trustees of the National
8   Electrical Benefit Fund, Trustees of the Southern California IBEW-NECA Labor-
9   Management Cooperation Committee, Trustees of the National IBEW-NECA Labor-
10  Management Cooperation Committee, Contract Compliance Fund, and Los Angeles
11  Electrical Workers Credit Union, shall recover from Defendant Haik Babakhani, an
12  individual doing business as "Pioneer Electric," the total amount of $38,496.17
13  (consisting of $18,875.61 in unpaid contributions, $767.02 in interest on the unpaid
14  contributions, $3,775.12 in liquidated damages, $14,580.50 in attorneys' fees, and
15  $497.92 in costs), plus post-judgment interest as provided by law from the date of
16  entry of judgment herein.   Post judgment interest rate is .18% (28 USC Section 1961)

18  Dated: September 25, 2012        _____
19                                   THE HONORABLE GARY A. FEESS
                                     UNITED STATES DISTRICT JUDGE